Matter of McGonnell v McGonnell (2024 NY Slip Op 00582)

Matter of McGonnell v McGonnell

2024 NY Slip Op 00582

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

1060 CAF 22-00513

[*1]IN THE MATTER OF KRISTIN E. MCGONNELL, PETITIONER-RESPONDENT,
v
JAMES K. MCGONNELL, RESPONDENT-APPELLANT. 

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.
CAITLIN M. CONNELLY, BUFFALO, FOR PETITIONER-RESPONDENT.
BRIAN P. DEGNAN, BATAVIA, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered March 23, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded petitioner sole custody of the subject children. 
Now, upon reading and filing the stipulations of discontinuance signed by the attorneys for the parties on December 18, 2023, and January 6, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court